**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DONNA PATE-FIRES**                                                                                      **PLAINTIFF**

V.                                  **CASE NO.  3:06CV00126 BD**

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

**JUDGMENT**

In accordance with the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 28th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE