# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DONNA PATE-FIRES**                                                    **PLAINTIFF**

**V.**                          **CASE NO.  3:06CV00126 BD**

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## ORDER

   Under the mandate in *Pate-Fires v. Astrue*, __ F.3d __ (8th Cir. 2009) (docket

entry #23), this case is hereby remanded to the Commissioner for an award of benefits in

accordance with the opinion of the Court of Appeals for the Eighth Circuit

   IT IS SO ORDERED this 13th day of July, 2009.

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE