# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DONNA PATE-FIRES**                                                    **PLAINTIFF**

V.                     **CASE NO.  3:06CV00126 BD**

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## **JUDGMENT**

In accordance with the Order entered this day, judgment is hereby entered in favor of the Plaintiff, Donna Pate-Fires, and against the Defendant, Michael J. Astrue, Commissioner of the Social Security Administration.

DATED this 13th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE