## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DONNA PATE-FIRES**                                                              **PLAINTIFF**

V.                    **CASE NO. 3:06CV00126 BD**

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                **DEFENDANT**

### ORDER

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (docket entry #24). In the motion, Plaintiff requests fees and expenses in the amount of $2,152.56. The Commissioner does not object to the amount requested (#29). Accordingly, Plaintiff's motion (#24) is GRANTED and Plaintiff is awarded $2,152.56 in fees and expenses.

IT IS SO ORDERED this 27th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE